**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Knights Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA CORP., an Alabama Corporation; and BALU B. PATEL, an individual,<br><br>Defendants. | Civil Action No. 13-cv-07828 (FSH)(MAH)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Knights Franchise Systems, Inc. ("KFS"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Alyssa Corp. and Balu B. Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 26, 2013, seeking damages as a result of the breach of a franchise agreement between KFS and Alyssa Corp.; and service of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Opelika, Alabama on June 4, 2014; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 8, 2014 for their failure to plead

or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 17th day of November, 2014,

**ORDERED, ADJUDGED, AND DECREED** that KFS have judgment against Defendants, jointly and severally, in the total amount of $175,792.44, comprised of the following:

a) $20,215.74 for liquidated damages (principal plus prejudgment interest);

b) $147,058.92 for Recurring Fees (principal plus prejudgment interest); and

c) $8,517.78 for attorneys' fees and costs.

_____
HON. FAITH S. HOCHBERG, U.S.D.J.